JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Penny   Tainter,<br><br>    Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-01770-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 1-day extension of time, from November 8, 2022 to November 9, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that good cause exists because Counsel for Plaintiff inadvertently miscalendared the due date for this brief.  The reply brief is

completed and filed contemporaneously with this extension request. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 9, 2022      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff

Dated: November 9, 2022         PHILLIP A. TALBERT
   United States Attorney
   MATHEW W. PILE
   Associate General Counsel
   Office of Program Litigation
   Social Security Administration

By:  */s/ Caspar I. Chan*
   Caspar I. Chan
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on November 9, 2022)

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **November 9, 2022**            **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28